# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Abkarr Corporation ) | ASBCA No. 57735 |
| ) | |
| Under Contract No. W917BE-09-C-0017 ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Ahmed Al-Saloum
    Principal

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Daniel B. McConnell, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Middle East
    Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 March 2014

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57735, Appeal of Abkarr Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals